Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:07-CR-0527 FCD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court:  Hon. Frank C. Damrell Jr.<br>Time:   10:00 a.m.<br>Date:   February 11, 2008 |
| Jorge Amador-Arragon, | |
| Defendant | |

Defendant Jorge Amador-Arragon is charged in an indictment alleging one count of a violation of 18 U.S.C. §1326(a) & (b)1 – Ilegal re-entry into the United States after deportation and commission of a felony.  A status conference was previously set for January 14, 2008.  The parties are involved in defense investigation, as well as negotiations and the defendant requests that the current status conference be continued to February 11, 2008 at 10:00 a.m., if that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

/////

/////

/////

/////

-1-

```
Dated: January 9, 2008              Respectfully submitted,


                                    __/s/ Shari Rusk___
                                    Shari Rusk
                                    Attorney for Defendant
                                    Jorge Amador-Arragon


                                    /s/ Kyle Reardon
                                    Kyle Reardon
                                    Assistant United States Attorney
```

**ORDER**

    IT IS SO ORDERED.

DATED: January 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE