Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 07-0527 FCD |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Frank C. Damrell, Jr.<br>) Time:   10:00 a.m.<br>) Date:   March 17, 2008 |
| Jorge Amador-Arragon, | ) |
| Defendant | |

Defendant Jorge Amador-Arragon is charged in an indictment alleging one count of a violation of 18 U.S.C. §1326(a) & (b)1 – Ilegal re-entry into the United States after deportation and commission of a felony.  A status conference was previously set for February 11, 2008.  The parties are involved in defense investigation, as well as negotiations and the defendant requests that the current status conference be continued to March 17, 2008 and that date is available with the Court.

///

///

///

1   The parties agree that time should be excluded under 18 U.S.C. §
2 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: February 7, 2008          Respectfully submitted,


                                 __/s/ Shari Rusk___
                                 Shari Rusk
                                 Attorney for Defendant
                                 Jorge Amador-Arragon


                                 /s/ Kyle Reardon
                                 Kyle Reardon
                                 Assistant United States Attorney


**ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through March 17, 2008, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: February 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE