Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: 2:07-CR-0527 FCD |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) Court: Hon. Frank C. Damrell Jr. |
| | ) Time: 10:00 a.m. |
| | ) Date: April 28, 2008 |
| Jorge Amador-Arragon, | ) |
| Defendant | |

Defendant Jorge Amador-Arragon is charged in an indictment alleging one count of a violation of 18 U.S.C. §1326(a) & (b)1 – Illegal re-entry into the United States after deportation and commission of a felony.  A status conference was previously set for March 17, 2008.  The parties are involved in defense investigation, as well as negotiations and the defendant requests that the current status conference be continued to April 28, 2008 at 10:00 a.m., if that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

/////

/////

/////

/////

-1-

```
Dated: March 13, 2008              Respectfully submitted,


                                   __/s/ Shari Rusk___
                                   Shari Rusk
                                   Attorney for Defendant
                                   Jorge Amador-Arragon


                                   /s/ Kyle Reardon
                                   Kyle Reardon
                                   Assistant United States Attorney



     IT IS SO ORDERED.

DATED: March 17, 2008

                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE
```